FILED: March 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1224

(A094-142-095)

_____

MANUAL BAIRES

      Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Gregory and Judge Agee.

      For the Court

      /s/ Patricia S. Connor, Clerk