FILED: May 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1224

(A094-142-095)

_____

MANUAL BAIRES

      Petitioner

v.

LORETTA E. LYNCH, Attorney General

      Respondent

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 06/19/2015

Opening brief due: 06/19/2015

Response brief due: 07/22/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk